AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**RONALD DEWITT**
**DOB:** xx/xx/xx
**PDID:** xxx-xxx

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **MAY 8, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

**by force, violence and intimidation, take from the person and presence of another approximately $1,100 in money belonging to and in the care, custody, control, management and possession of the PNC Bank, located at 2000 Martin Luther King Ave., SE, Washington, D.C., the deposits of which were then insured by the Federal Deposit Insurance Corporation**

in violation of Title **18** United States Code, Section(s) **2113(a)** .

I further state that I am **DETECTIVE RICHARD HAMILTON** , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**  ☒ Yes  ☐ No

Signature of Complainant
**DETECTIVE RICHARD HAMILTON**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____      at      **Washington, D.C.**
Date                                                          City and State

_____                _____
**Name & Title of Judicial Officer**                 **Signature of Judicial Officer**

STATEMENT OF FACTS

On Tuesday, May 8, 2007, at approximately 9:20 a.m., the defendant, Ronald Dewitt, walked into a PNC Bank at 2000 Martin Luther King Ave, SE, Washington D.C. Dewitt approached a bank teller and placed a white piece of paper inside the money tray. The piece of paper was a note demanding money, advising the teller that this was a "stick up" and the bank teller concluded a robbery was in progress. The bank teller turned over $1,100 and returned the note to the defendant. The defendant then walked out of the bank.

On Saturday, July 28, 2007, at approximately 10:00 p.m., sworn officers with the Metropolitan Police Department's Seventh District responded to a dispatched call of a possible robbery suspect at a shelter in the 2700 Block of Martin Luther King Ave, SE, Washington, D.C. Officers arrived on scene and were advised that an individual inside the shelter resembles a photograph of the robbery suspect described above. After a brief conversation with the defendant, Dewitt, officers walked him outside. Dewitt asked if he could sit in the back of the police car. Once inside, the defendant stated to officers, "yeah I did it, I robbed that bank". The defendant was then placed under arrest. The defendant later provided an additional statement that is consistent with the robbery described above.

_____
DETECTIVE RICHARD HAMILTON
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JULY, 2007


_____
U.S. MAGISTRATE JUDGE