UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-384M (DAR)** |
| | : | |
| v. | : | |
| | : | |
| **RONALD DEWITT,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Aaron Mendelsohn, at telephone number (202) 514-9519 and/or email address Aaron.Mendelsohn@usdoj.gov . Aaron Mendelsohn will substitute for Assistant United States Attorney Angela S. George Truscott as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
AARON MENDELSOHN
Assistant United States Attorney
Federal Major Crimes Section,
555 4th Street, NW, Room 4239
Washington, DC 20530
(202) 514-9519
Aaron.Mendelsohn@usdoj.gov

Case 1:07-mj-00384-DAR   Document 4   Filed 08/08/2007   Page 2 of 2